AARON D. FORD
  Attorney General
JANET E. TRAUT, Bar No. 8695
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1120
E-mail: jtraut@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC A. EARLEY,<br><br>            Plaintiff,<br><br>vs.<br><br>NDOC, et al.,<br><br>            Defendants. | Case No. 2:23-cv-00158-MMD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Interested Party, Nevada Department of Corrections (NDOC), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Janet E. Traut, Deputy Attorney General, hereby and Plaintiff Marc Anthony Earley, *pro se*, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned matter should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///

This Stipulation and Order for Dismissal with Prejudice is executed as part of an out-of-court settlement between the Parties. Pursuant to the Parties' Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED: 12/15/23

DATED: 12/15/23

AARON D. FORD
Attorney General

By: _____
MARC A. EARLEY
*Plaintiff in pro se*

By: _____
JANET E. TRAUT, Bar No. 15971
Deputy Attorney General
*Attorneys for Interested Party The Nevada Department of Corrections*

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

DATED: January 16, 2024

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on January 16, 2024, I electronically filed the foregoing, **STIPULATION AND ORDER FOR DISMISSAL**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Marc Early #1190247
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070
HDSP_LawLibrary@doc.nv.gov

/s/ Campbell
An employee of the
Office of the Attorney General